MILLER, ET AL., RESPONDENTS, *v.* MATHESON ET AL.,
APPELLANTS.

(No. 1,562.)

(Submitted May 2, 1903. Decided May 4, 1903.)

*Appeal — Denial of Continuance—Record — Insufficiency— Review.*

Where there was nothing in the record to show that any motion for a continuance was made, heard or determined by the court, or that the court

ever made an order continuing or refusing to continue the cause, an assignment that the court erred in overruling defendant's motion for a continuance could not be reviewed.

*Appeal from District Court, Teton County; D. F. Smith, Judge.*

ACTION by C. A. Miller and A. O. Longmuir, co-partners and doing business under the firm name of Miller & Longmuir, against L. D. Matheson and Isaac Morehouse, co-partners and doing business under the firm name of L. D. Matheson & Co. From a judgment in favor of plaintiffs, defendants appeal. Affirmed.

*Mr. Charles O'Donnell,* for Appellants.

*Mr. J. G. Bair,* and *Mr. H. S. Hepner,* for Respondents.

MR. JUSTICE MILBURN delivered the opinion of the court.

This is an action by the plaintiffs to recover from the defendants the sum of $500. After issue had been joined and the case set for trial, the defendants (appellants herein) served and filed the affidavit of Isaac Morehouse, one of the defendants, it being an affidavit for continuance of the cause. The case was set to be tried on the 22d day of November, 1899, and came on for trial on the following day, on which day the court gave and caused to be entered judgment for the plaintiffs, from which judgment this appeal is taken.

The only error assigned by appellants is that the court "erred in overruling defendants' motion for a continuance of the trial of said cause on the grounds of said motion being based on the affidavit of Isaac Morehouse." There is not anything in the record to show that any motion for a continuance was made, heard, or determined by the court. It does not appear that the court ever made any order continuing or refusing to continue the said cause. Therefore the judgment must be affirmed.

*Affirmed.*